UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**July 2, 2025**

Global Weather Productions LLC

    Plaintiff,

V.                                                                  5:25-cv-00294-JKP-ESC

Grunt Style, LLC

    Defendant.

## DEFAULT ENTRY BY CLERK

It appearing from the records in the above entitled action that summons, issued on Plaintiff's Complaint, has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for plaintiff that defendant(s) has failed to plead or otherwise defend in said action, as directed in said summons and as provided in the Federal Rules of Civil Procedure:

NOW, therefore, on request of counsel for plaintiff, the default of the following named defendant(s) is hereby entered:

    Grunt Style, LLC

PHILLIP J. DEVLIN, CLERK
UNITED STATES DISTRICT COURT

By: *Brenda Trujillo*
Brenda Trujillo, Deputy Clerk