**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**GLOBAL WEATHER PRODUCTIONS LLC,**

***Plaintiff*,**

**v.** **Case No. 5:25-CV-0294-JKP**

**GRUNT STYLE, LLC,**

***Defendant*.**

**ORDER OF DISMISSAL**

In November 2025, the Court issued a Show Cause Order (ECF No. 12), which directed Plaintiff to take certain actions to prosecute this case on or before December 5, 2025. The order admonished Plaintiff that a "failure to do so could result in dismissal of this case for want of prosecution." To date, Plaintiff has filed nothing further in this case. Accordingly, pursuant to Fed. R. Civ. P. 41(b), the Court **DISMISSES** this action without prejudice for the failure to prosecute. **The Clerk of Court shall close this case for all purposes.**

**IT IS SO ORDERED this 19th day of March 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**